## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**STATE OF WASHINGTON,**

     **Plaintiff,**

**v.**                                **Case No.: 8:26-mc-7-VMC-AAS**

**CHAD R. MIZELLE**,

     **Defendant.**

_____/

## ORDER OF RECUSAL

I hereby recuse myself from all further proceedings in this action because the named defendant is the spouse of a United States District Judge assigned to the Tampa, Florida Division of the United States District Court, Middle District of Florida. Additionally, I have contacted all Magistrate Judges in the Tampa Division, and they have stated they, too, would recuse themselves.

Although the undersigned does not doubt the Magistrate Judges for the Tampa Division's ability to remain impartial throughout this case, under 28 U.S.C. § 455, a judge shall disqualify themselves in any proceeding in which their impartiality might reasonably be questioned. 28 U.S.C. § 455(a). When proper grounds exist, a judge has an affirmative, self-enforcing obligation to recuse themselves sua sponte. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

Accordingly, the Clerk is directed to refer this action to the Chief Judge for Magistrate Judge reassignment.

**ORDERED** in Tampa, Florida, on February 20, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2